UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
LINO LAOLAGI,                        No. 2:06-cv-1313-LKK-KJM
MEAFEU LAOLAGI,
GARY PFISTER, and
NANCY PFISTER,

        Plaintiffs

     v.                              NON-RELATED CASE ORDER

MERCK & CO., INC.,

        Defendant.
_____/
ESTER NED,                           No. 2:05-cv-2584-MCD-DAD

        Plaintiff,

     v.

MERCK & CO., INC.,

        Defendant.
_____/
BOYD COLE, STEVEN COLE, and          No. 2:05-cv-2609-MCD-GGH
KAREN ALVISO,

        Plaintiffs,

     v.

MERCK & CO., INC., and
MCKESSON CORPORATION,

        Defendants.
_____/
```

```
 1  FRANCES HUBBEL,                         No. 2:06-cv-0690-MCE-DAD
 2          Plaintiff,
 3       v.
 4  MERCK & CO., INC.,
 5          Defendant.
    _____/
 6
    PATRICIA LOVE,                          No. 2:05-cv-2140-MCD-PAN
 7
            Plaintiff,
 8
         v.
 9
    MERCK & COMPANY, INC., and
10  MCKESSON CORPORATION,
11          Defendants.
    _____/
12
    JOHN HOIEN, and PEGGY HOIEN,            No. 2:05-cv-2464-MCD-KJM
13
            Plaintiffs,
14
         v.
15
    MERCK & CO., INC., MCKESSON
16  CORPORATION, and
    AMERISOURCEBERGEN DRUG CORP.,
17
            Defendants.
18  _____/
```

19      The Court has received the Notice of Related Cases
20 concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-
21 123, E.D. Cal. (1997).  The Court has determined, however, that
22 it is inappropriate to relate or reassign the cases, and
23 therefore declines to do so.
24 ///
25 ///
26 ///
27 ///
28 ///

1  This Order is issued for informational purposes only, and
2 shall have no effect on the status of the cases, including any
3 previous Related (or Non-Related) Case Order of this Court.
4  IT IS SO ORDERED.
5 DATE: July 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE