A CERTIFIED TRUE COPY

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 21 2006

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 24 AM 10:25

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 5 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-56)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 3,987 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the Panel's order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 21 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

JUL 31 2006

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee _____
___ Process ___
 X  Dktd ___
___ CtRmDep ___
___ Doc. No ___

## SCHEDULE CTO-56 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ~~ALM   3   06-476~~ | ~~Rosemary Leverett, etc. v. Merck & Co., Inc., et al.~~ Opposed 7/18/06 | |
| **ALABAMA NORTHERN** | | |
| ALN   2   06-1180 | Clinton Gene Kelley v. Merck & Co., Inc. | 06-3863 |
| **ARIZONA** | | |
| ~~AZ   2   06-1469~~ | ~~Sultan Rahim Strong, etc. v. Merck & Co., Inc., et al.~~ Opposed 7/19/06 | |
| **CALIFORNIA CENTRAL** | | |
| CAC   2   06-3379 | Ann A Baumgartner, et al. v. Merck & Co., Inc. | 06-3864 |
| CAC   2   06-3380 | Stephen R. Bajon, et al. v. Merck & Co., Inc. | 06-3865 |
| **CALIFORNIA EASTERN** | | |
| CAE   2   06-1294 | Michael Neaderhiser v. Merck & Co., Inc., et al. | 06-3866 |
| CAE   2   06-1313 | Lino Laolagi, et al. v. Merck & Co., Inc. | 06-3867 |
| **FLORIDA MIDDLE** | | |
| FLM   3   06-510 | Mary Kilis, etc. v. Merck & Co., Inc. | 06-3868 |
| FLM   3   06-529 | Janis Roberts v. Merck & Co., Inc. | 06-3869 |
| FLM   3   06-550 | James Mollenhour v. Merck & Co., Inc., et al. | 06-3870 |
| FLM   8   06-1064 | Kada Kahric v. Merck & Co., Inc. | 06-3871 |
| FLM   8   06-1115 | Fay Virginia Perttunen, etc. v. Merck & Co., Inc. | 06-3872 |
| **FLORIDA SOUTHERN** | | |
| FLS   0   06-60849 | Gloria Lopez v. Merck & Co., Inc. | 06-3873 |
| FLS   1   06-21425 | Nellie Granger, etc. v. Merck & Co., Inc. | 06-3874 |
| FLS   1   06-21470 | Beatrice Tinsley v. Merck & Co., Inc. | 06-3875 |
| ~~FLS   9   06-80545~~ | ~~Milton Elliot v. Merck & Co., Inc., et al.~~ Opposed 7/20/06 | |
| **GEORGIA NORTHERN** | | |
| GAN   1   06-1428 | Mary Louise Gollus v. Merck & Co., Inc. | 06-3876 |
| **IDAHO** | | |
| ID   1   06-230 | June Joos, et al. v. Merck & Co., Inc. | 06-3877 |
| ID   2   06-225 | Mary Ann Pierce v. Merck & Co., Inc. | 06-3878 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS   3   06-430~~ | ~~Coy Nunn, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/20/06 | |
| ~~ILS   3   06-462~~ | ~~Ruthie Young, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/20/06 | |
| ILS   3   06-463 | Jeanne Haefner v. Merck & Co., Inc. | 06-3879 |
| ~~ILS   3   06-465~~ | ~~Demetrius Hardaway, et al. v. Merck & Co., Inc., et al.~~ Opposed 7/20/06 | |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **INDIANA SOUTHERN** | | |
| INS  1  06-842 | Virginia Rexroat, et al. v. Merck & Co., Inc. | 06-3880 |
| **KANSAS** | | |
| KS  2  06-2233 | David Christie v. Merck & Co., Inc. | 06-3881 |
| **KENTUCKY EASTERN** | | |
| KYE  0  06-96 | Anna Louise Curls v. Merck & Co., Inc. | 06-3882 |
| **LOUISIANA WESTERN** | | |
| LAW  5  06-1003 | Randy Brazzel v. Merck & Co., Inc. | 06-3883 |
| **MARYLAND** | | |
| MD  1  06-1575 | Guy E. Gaston v. Merck & Co., Inc. | 06-3884 |
| MD  1  06-1578 | Charles N. Burgess, et al. v. Merck & Co., Inc. | 06-3885 |
| **MINNESOTA** | | |
| MN  0  06-2378 | James R. Topp, Jr., et al. v. Merck & Co., Inc. | 06-3886 |
| MN  0  06-2449 | John V. Crimmins v. Merck & Co., Inc. | 06-3887 |
| MN  0  06-2450 | Ronald E. Hill v. Merck & Co., Inc. | 06-3888 |
| MN  0  06-2451 | Donald E. Tremblay v. Merck & Co., Inc. | 06-3889 |
| MN  0  06-2452 | Peter F. Bruers v. Merck & Co., Inc. | 06-3890 |
| MN  0  06-2453 | Marc A. Patnode v. Merck & Co., Inc. | 06-3891 |
| MN  0  06-2454 | Hugh W. Bernhardt v. Merck & Co., Inc. | 06-3892 |
| MN  0  06-2455 | Ronald Skube v. Merck & Co., Inc. | 06-3893 |
| MN  0  06-2457 | Peter Vondrak v. Merck & Co., Inc. | 06-3894 |
| MN  0  06-2499 | Judith Kinney, et al. v. Merck & Co., Inc. | 06-3895 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  1  06-593 | Annie W. McDonald, etc. v. Merck & Co., Inc. | 06-3896 |
| **NEBRASKA** | | |
| NE  4  06-3140 | Margie H. Gibbs, et al. v. Merck & Co., Inc. | 06-3897 |
| **NEW YORK EASTERN** | | |
| NYE  1  06-2919 | Harvey Kleinstein, et al. v. Merck & Co., Inc. | 06-3898 |
| **NEW YORK NORTHERN** | | |
| NYN  5  06-668 | Yolanda C. Fero, etc. v. Merck & Co., Inc., et al. | 06-3899 |
| NYN  6  06-666 | Paula Werner-Vecellio, et al. v. Merck & Co., Inc., et al. | 06-3900 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  06-4430 | Margarita Segui v. Merck & Co., Inc. | 06-3901 |
| **NEW YORK WESTERN** | | |
| NYW  6  06-6289 | William L. Matthews, etc. v. Merck & Co., Inc., et al. | 06-3902 |
| **OHIO NORTHERN** | | |
| OHN  1  06-1466 | Sandra Burnett, et al. v. Merck & Co., Inc., et al. | 06-3903 |
| **OKLAHOMA WESTERN** | | |
| OKW  5  06-623 | Marjorie Murphy, et al. v. Merck & Co., Inc. | 06-3904 |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 06-2532 | J. Mary Basanta v. Merck & Co., Inc. | 06-3905 |
| PAE 2 06-2546 | Joan M. Kelly, et al. v. Merck & Co., Inc., et al. | 06-3906 |
| PAE 2 06-2547 | George Boyd, et al. v. Merck & Co., Inc., et al. | 06-3907 |
| PAE 2 06-2548 | Martha Tanner, et al. v. Merck & Co., Inc., et al. | 06-3908 |
| PAE 2 06-2549 | Jeffrey Klimmek, et al. v. Merck & Co., Inc., et al. | 06-3909 |
| PAE 2 06-2550 | Jessie Powers v. Merck & Co., Inc., et al. | 06-3910 |
| PAE 2 06-2551 | Richard F. McLaughlin, et al. v. Merck & Co., Inc., et al. | 06-3911 |
| PAE 2 06-2552 | John Dyminski, et al. v. Merck & Co., Inc., et al. | 06-3912 |
| PAE 2 06-2553 | Caridad Castillo, et al. v. Merck & Co., Inc., et al. | 06-3913 |
| PAE 2 06-2606 | Donald Scheirer, et al. v. Merck & Co., Inc. | 06-3914 |
| PAE 2 06-2622 | Murray Bidner, et al. v. Merck & Co., Inc., et al. | 06-3915 |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 06-740 | Carol Gault, et al. v. Merck & Co., Inc. | 06-3916 |
| PAW 2 06-791 | Sherrie A. MacKinney v. Merck & Co., Inc. | 06-3917 |
| PAW 2 06-809 | Thomas Conner v. Merck & Co., Inc. | 06-3918 |
| **TEXAS EASTERN** | | |
| TXE 5 06-120 | Richard Glen Gunnels v. Merck & Co., Inc. | 06-3919 |
| TXE 9 06-120 | Sara Best, et al v. Merck & Co., Inc. | 06-3920 |
| **TEXAS WESTERN** | | |
| TXW 1 06-414 | Marie D. Garnett, et al. v. Merck & Co., Inc. | 06-3921 |
| TXW 3 06-196 | Stuart Lee Neff v. Merck & Co., Inc. | 06-3922 |
| **UTAH** | | |
| UT 2 06-454 | C. Gordon Linnett v. Merck & Co., Inc. | 06-3923 |
| UT 2 06-493 | Ellen Burlison, etc. v. Merck & Co., Inc. | 06-3924 |
| **WASHINGTON WESTERN** | | |
| WAW 2 06-841 | Jeanette Stroschein, etc. v. Merck & Co., Inc. | 06-3925 |